UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHARLES D. HOLBROOK, individually
and on behalf of all other similarly situated,

                Plaintiff,

         - against -

VROOM, INC., PAUL J. HENNESSY, and
DAVID K. JONES,

                Defendants.

**ORDER**

21 Civ. 2551 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        This Court's order setting an initial pretrial conference (Dkt. No. 13) is vacated. In a subsequent order, the Court will address the pending motions for consolidation and appointment of a lead plaintiff and lead counsel, and will set a date for the filing of a consolidated class action complaint.

Dated: New York, New York
        June 11, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge